No. 10–7109. IN RE SMITH;

No. 10–7144. IN RE GUOAN; and

No. 10–7157. IN RE HILL. Petitions for writs of habeas corpus denied.

No. 10–6369. IN RE SANDERS; and

No. 10–7076. IN RE DECOLOGERO. Petitions for writs of mandamus denied.

No. 10–6934. IN RE HUSBAND. Petition for writ of mandamus denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–6501. IN RE DOMINGUEZ. Petition for writ of mandamus and/or prohibition denied.

No. 10–7069. IN RE JONES. Petition for writ of prohibition denied.

No. 09–11556. TOLENTINO v. NEW YORK. Ct. App. N. Y. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 10–5443. FOWLER v. UNITED STATES. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 09–1110. PARK v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 09–1532. CLAYTON v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 09–10905. MUSLEVE v. MUSLEVE. Ct. App. Ohio, Stark County. Certiorari denied.

No. 09–11159. YOUNG v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 09–11257. DEW v. OHIO. Ct. App. Ohio, Mahoning County. Certiorari denied.